appellants in Nos. 161 and 164. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Robert L. Farrington* and *Neil Brooks* for the United States and the Secretary of Agriculture, appellees in Nos. 162, 163 and 164. Reported below: 128 F. Supp. 374.

No. 92. BLACK ET AL. *v.* CUTTER LABORATORIES. Supreme Court of California. Certiorari granted. *Bertram Edises* and *A. L. Wirin* for petitioners. *Gardiner Johnson* for respondent. *Arthur J. Goldberg, Jay A. Darwin* and *Fred Okrand* filed a brief for the Congress of Industrial Organizations et al., as *amici curiae,* in support of the petition.

No. 94. UNITED STATES ET AL. *v.* STORER BROADCASTING Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Sobeloff* and *Warren E. Baker* for petitioners. *Albert R. Connelly, Thomas H. Wall* and *John E. McCoy* for respondent.

No. 134. SQUIRE, COLLECTOR OF INTERNAL REVENUE, *v.* CAPOEMAN ET UX. C. A. 9th Cir. Certiorari granted. *Solicitor General Sobeloff* for petitioner. *John W. Cragun, Glen A. Wilkinson* and *Robert W. Barker* for respondents.

No. 201. HYUN *v.* LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted. *John W. Porter* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for respondent.